## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

ADAM BACHIR

        Plaintiff,

v.                                      Case No. 17-13323

SUBURBAN COLLECTION IMPORTED
CARS, LLC, d/b/a SUBURBAN ACURA

        Defendant.

_____/

### ORDER STRIKING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

      Having received and reviewed Defendant's Motion for Summary Judgment (Dkt. #19), the court has noted that the motion is out of compliance with the formatting requirements imposed in the court's Scheduling Order (Dkt. #6 Pg. ID 33–34). Specifically, it lacks a numbered "Statement of Material Facts" with citations to the record, to which the non-moving party is obligated to respond fact-by-fact. Defendant's narrative statements of purported facts are insufficiently specific to meet the requirements of the Scheduling Order.

      IT IS ORDERED that Defendant's Motion for Summary Judgment (Dkt. #19) is STRICKEN and Defendant is directed to review and properly format for resubmission any such intended motion without delay. Plaintiff's deadline for response will not start until such resubmission.

                                  s/Robert H. Cleland            /
                                  ROBERT H. CLELAND
                                  UNITED STATES DISTRICT JUDGE

Dated:  June 27, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 27, 2018, by electronic and/or ordinary mail.

s/Lisa Wagner_____/
Case Manager and Deputy Clerk
(810) 292-6522

Z:\Cleland\KNP\Civil\17-13323.BACHIR.Strike.Motion.Formatting.RHC.KNP.docx